IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ORUM,            )<br>                          )<br>    Plaintiff,         )<br>                          )     CIVIL ACTION NO.<br>    v.                    )       2:16cv709-MHT<br>                          )           (WO)<br>JOSEPH HEADLEY, etc., et  )<br>al.,                      )<br>                          )<br>    Defendant.            ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Michael Orum, an indigent state prisoner, filed this lawsuit challenging the constitutionality of actions which occurred at Elmore Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge, that the case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 27th day of July, 2017.**

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**