IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ORUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv709-MHT |
| ) | (WO) |
| JOSEPH HEADLEY, etc., et ) | |
| al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 36) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 27th day of July, 2017.**

                                          **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**